# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARLES AYLER,

    Plaintiff,

v.                                        Case No. 12-12442

BAC HOME LOANS SERVICING LP, et al.,

    Defendants.

_____/

## JUDGMENT

In accordance with the court's July 13, 2012, "Opinion and Order Granting Application to Proceed *In Forma Pauperis*, Dismissing Complaint Under 28 U.S.C. §§ 1915(e)(2), and Terminating Pending Motions,"

IT IS ORDERED AND ADJUDGED that the court summarily dismisses, with prejudice, Plaintiff Charles Ayler's complaint. Dated at Detroit, Michigan, this 13th day of July, 2012.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  BY: s/Lisa Wagner
                                                       Lisa Wagner, Deputy Clerk
                                                        and Case Manager to
                                                        Judge Robert H. Cleland

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-12442.AYLER.1915Judgment.jrc.wpd