UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES AYLER,

    Plaintiff,

v.    Case No. 12-12442

BAC HOME LOANS SERVICING LP, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the court's July 13, 2012, "Opinion and Order Granting Application to Proceed *In Forma Pauperis*, Dismissing Complaint Under 28 U.S.C. §§ 1915(e)(2), and Terminating Pending Motions,"

IT IS ORDERED AND ADJUDGED that the court summarily dismisses, with prejudice, Plaintiff Charles Ayler's complaint. Dated at Detroit, Michigan, this 13th day of July, 2012.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                    BY:  s/Lisa Wagner
                         Lisa Wagner, Deputy Clerk
                         and Case Manager to
                         Judge Robert H. Cleland